1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9    United States of America,           )    No. CR 04-328-3 PHX NVW
                                          )
10            Plaintiff/Respondent,       )    No. CV 05-2472 PHX NVW (MEA)
                                          )
11   vs.                                  )    **ORDER**
                                          )
12   Guadalupe Arrendondo Zazueta,        )
                                          )
13            Defendant/Movant.           )
                                          )
14   _____  )

15          Before the Court are Defendant's Motion to Vacate, Set Aside, or Correct Sentence

16   by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (doc. # 193) and the

17   government's Response (doc. # 198).  On April 25, 2006, United States Magistrate Judge

18   Mark E. Aspey issued a Report and Recommendation ("R & R") (doc. # 199) recommending

19   that the Defendant's Motion to Vacate, Set Aside, or Correct Sentence be denied and

20   dismissed with prejudice.  No objections to the R & R were filed.

21          The Court has reviewed the R & R and agrees with the magistrate judge's

22   determinations.  Accordingly, the Court will accept the R & R and dismiss the Motion to

23   Vacate, Set Aside or Correct Sentence. *See* 28 U.S.C. § 636(b)(1) (stating that the district

24   court "may accept, reject, or modify, in whole or in part, the findings or recommendations

25   made by the magistrate judge").

26          IT IS THEREFORE ORDERED accepting the Report and Recommendation of

27   Magistrate Judge Aspey (doc. # 199).

28

1    IT IS FURTHER ORDERED that Defendant's Motion to Vacate, Set Aside, or

2 Correct Sentence pursuant to 28 U.S.C. Section 2255 (doc. # 193) is denied and dismissed

3 with prejudice.

4    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

5 accordingly and terminate this action.

6    DATED this 22nd day of May 2006.

7

8

9    _____

10    Neil V. Wake
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28